# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131867

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

MONDEL LEWIS STRICKLAND,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131867
COA: 260480
Macomb CC: 2002-002997-FH

On order of the Court, the application for leave to appeal the June 27, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

p1120